IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERRY COOPER                                                                                    PLAINTIFF

V.                            CASE NO. 4:17-CV-337-JM

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                                              DEFENDANTS

# ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful consideration of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

The Defendants' motion to dismiss under Federal Rule of Civil Procedure 12(b)(5) (#3) is GRANTED, and Ms. Cooper's claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 6th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE