IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERRY COOPER                                                              PLAINTIFF

V.                          CASE NO. 4:17-CV-337-JM

ARKANSAS DEPARTMENT OF
CORRECTION, et al.                                                       DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 6th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE